1040

[No. 26279-7-II. Division Two. December 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TRINNEL A. DIAL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02001-6, Sergio Armijo, J., entered July 7, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Hunt, JJ.

[No. 26332-7-II. Division Two. December 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT E. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 00-1-00048-6, William E. Howard, J., entered August 21, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Morgan and Bridgewater, JJ.

[No. 26645-8-II. Division Two. December 7, 2001.]

DAWN L. MORRIS, *Appellant*, v. G.I. JOE'S, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-2-00648-3, Barbara D. Johnson, J., entered October 17, 2000. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 26672-5-II. Division Two. December 7, 2001.]

*In the Matter of the Marriage of* LINDA SUE RICHARDS, *Appellant*, and MITCHELL G. RICHARDS, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-3-00065-6, William J. Kamps, J., entered October 27, 2000. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Houghton, J.